# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JERENT ENTERPRISES, LLC,** a Nebraska limited liability company, d/b/a SONIC BOOM TARGETS, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **SONIC BOOM OF INDIANA, LLC,** an Indiana limited liability company, and **RONALD DAVID FOSNIGHT,** | ) ) ) ) |
| **Defendants.** | ) ) |

8:17CV02

ORDER

This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff filed this Complaint on January 6, 2017. On February 15, 2017, Plaintiff filed notice of serving the defendants on February 9, 2017. (Filing Nos. 11 and 12). No defendant has filed an answer and Plaintiff has taken no other action against the defendants. It remains Plaintiff's duty to go forward in prosecuting this case. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute the case or this action may be dismissed. Accordingly,

**IT IS ORDERED**:

Plaintiff has until April 14, 2017, to show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

**DATED: March 31, 2017.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**