# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERENT ENTERPRISES, LLC, a Nebraska limited liability company, d/b/a SONIC BOOM TARGETS, | |
| Plaintiff, | 8:17CV02 |
| v. | ORDER |
| SONIC BOOM OF INDIANA, LLC, an Indiana limited liability company, and RONALD DAVID FOSNIGHT, | |
| Defendants. | |

This matter is before the court on Plaintiff's Response (Filing No. 14) to the Court's March 31, 2017, Order to Show Cause (Filing No. 13). The Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute, as the record reflects Defendants were served on February 9, 2017, and have filed no responsive pleading. (Filing Nos. 11 and 12). Plaintiff represents to the Court that the parties have been communicating regarding a proposed settlement. Pursuant to Plaintiff's representation, the proposed settlement is expected to be completed on or before June 15, 2017. Accordingly,

**IT IS ORDERED:**

1. This case is stayed until June 15, 2017.

2. On or before June 16, 2017, Plaintiff shall file a notice of dismissal or take other appropriate action as the circumstances warrant.

3. The show cause deadline is terminated.

**DATED: April 13, 2017.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett, III**
                                        **United States Magistrate Judge**